IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

MICHAEL ANTHONY LORUSSO, )
)
    Plaintiff, )
)
v. ) Civil Action No. 3:22-cv-766–HEH
)
WAL-MART, )
)
    Defendant. )

## MEMORANDUM OPINION
(Dismissing Action Without Prejudice)

Plaintiff, a Florida inmate proceeding *pro se*, filed this 42 U.S.C. § 1983 action. By Memorandum Order entered on May 1, 2023, the Court vacated the prior order that had granted Plaintiff leave to proceed *in forma pauperis* and directed Plaintiff to pay the $402 filing fee for the action within fifteen (15) days of the date of entry thereof. More than fifteen (15) days have elapsed since the entry of the May 1, 2023 Memorandum Order and Plaintiff has not paid the $402 filing fee. Accordingly, the action will be dismissed without prejudice.

An appropriate Order shall accompany this Memorandum Opinion.

                                                  /s/
                                     Henry E. Hudson
Date: May 22, 2023         Senior United States District Judge
Richmond, Virginia